## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Juan J. Guallini-Indij, et al**
**Plaintiff,**

**v.**

**Banco Popular Puerto Rico, et al**
**Defendant(s)**

**Civil No. 21-1219 (ADC)**

### JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U. S. District Judge, issued a Order on March 8, 2022.

Therefore, pursuant to the Court's Order, judgment is hereby entered.  BPPR's motion to dismiss is GRANTED and plaintiffs' claims against BPPR are thus DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED AND ADJUDGED,**

At San Juan, Puerto Rico, on this 8th day of March,  2022.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: S/Cristina Dones-Taylor
Cristina Dones-Taylor, Deputy Clerk